AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| Michael Swisher <br><br><br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Apex Marketing Management Inc.<br>Scott Patterson<br>Cody Stokes<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  2:25-cv-434 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Apex Marketing Management Inc., c/o LegalCorp Solutions, LLC, 1991 Crocker Road #600-752, Westlake, Ohio 44145;
Scott Patterson, 10 Laurel Drive, Mullica Hill, New Jersey 08062;
Cody Stokes, 3717 Savanna Palms Court, Bradenton, Florida 34211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shawn J. Organ
Organ Law LLP
1330 Dublin Road
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   4/28/25  

_____
*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-434

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Apex Marketing Management c/o LegalCorp Solutions, LLC

was received by me on *(date)*  05/07/2025  .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  The summons and complaint were served on the above-named Defendant via certified mail tracking number 9414 7112 0620 8872 8237 20 on 05/05/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  05/08/2025 _____

_____
*Server's signature*

Kevin Williams, Case Administrator
_____
*Printed name and title*

United States District Court, Southern District of Ohio
85 Marconi Blvd., Columbus, Ohio 43215
_____
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Apex Marketing Mgmt.
c/o Legal Corp Solutions
1991 Crocker Rd. Ste. 600
Westlake, OH 44145

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7751 2152 5088 34

2. Article Number (Transfer from service label)

Case # 2:25-CV-434

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Sandra Jenan

C. Date of Delivery
5/5/2025

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

EAS (9414 7112 0620 8872 8237 20

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7751 2152 5088 34

**United States**
**Postal Service**

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAY – 7 2025 1: 20

U.S. DIST. COURT
SOUTHERN DIST.
OF OHIO

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court
Southern Dist. of Ohio
85 Marconi Blvd., Rm 121
Columbus, OH  43215