# Client activity

**Dates:** 2026-06-29 - 2026-07-06

## Michael Swisher

10369-001: Swisher: Apex Marketing Management (Shawn Organ)

| Date | Type | Category | Status | User | Description | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 06/29/2026 | Hourly time entry | | Billed | James Pfeiffer | Review email communications with opposing counsel to begin outlining chronology of discovery dispute. | 0.4h | $295.00 | $118.00 |
| 06/30/2026 | Hourly time entry | | Billed | James Pfeiffer | Review email communications with opposing counsel, discovery deficiency correspondence, and discovery responses to outline chronology of discovery dispute. | 0.9h | $295.00 | $265.50 |
| 06/30/2026 | Hourly time entry | | Billed | James Pfeiffer | Phone communications with client regarding Defendants' refusal to produce discovery and plan to contact Court regarding same. | 0.3h | $295.00 | $88.50 |
| 06/30/2026 | Hourly time entry | | Billed | James Pfeiffer | Extensive email communications to the Court outlining the background of the discovery dispute and noticing intention to file a motion to compel with a request for expedited briefing and reasonable expenses incurred. | 0.8h | $295.00 | $236.00 |
| 06/30/2026 | Hourly time entry | | Billed | James Pfeiffer | Research regarding potentially available sanctions on motion to compel given the Defendants' pattern of conduct obstructing discovery. | 0.6h | $295.00 | $177.00 |
| 06/30/2026 | Hourly time entry | | Billed | James Pfeiffer | Confer with S. Organ regarding timeline to prepare motion to compel and request for reasonable expenses. | 0.1h | $295.00 | $29.50 |
| 06/30/2026 | Hourly time entry | | Billed | Shawn Organ | Comm. with J. Pfeiffer re: discovery issues; Rec'd and reviewed J. Pfeiffer email to Court re: discovery issues. | 0.4h | $525.00 | $210.00 |
| | | | | | **Billed Total:** | | | **3.5 hours, $1,124.50** |
| 07/01/2026 | Hourly time entry | | Unbilled | James Pfeiffer | Review Defendants' email communications to Court regarding discovery dispute and Court's Notation Order; email communications with client regarding same. | 0.5h | $295.00 | $147.50 |
| 07/05/2026 | Hourly time entry | | Unbilled | James Pfeiffer | Draft Motion to Compel. | 7.0h | $295.00 | $2,065.00 |
| 07/06/2026 | Hourly time entry | | Unbilled | James Pfeiffer | Continue drafting, edit, and file Motion to Compel. | 5.8h | $295.00 | $1,711.00 |

| 07/06/2026 | Hourly time entry | Unbilled | Shawn Organ | Review and revise Motion to Compel; OC with J. Pfeiffer re: MTC and strategy. | 0.5h | $525.00 | $262.50 |
|---|---|---|---|---|---|---|---|
| 07/06/2026 | Hourly time entry | Unbilled | James Pfeiffer | ███████████ | 0.2h | $295.00 | $59.00 |
| 07/06/2026 | Hourly time entry | Unbilled | James Pfeiffer | ███████████ | 0.1h | $295.00 | $29.50 |

| | |
|---|---|
| **Unbilled Total:** | **14.1 hours, $4,274.50** |
| **Matter Total:** | **17.6 hours, $5,399.00** |
| **Client Total:** | **17.6 hours, $5,399.00** |
| **Grand Total:** | **17.6 hours, $5,399.00** |