**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MICHAEL SWISHER,**

        **Plaintiff,**

                                  **Civil Action 2:25-cv-00434**
    **v.**                           **District Judge Edmund A. Sargus**
                                    **Magistrate Judge Kimberly A. Jolson**

**APEX MARKETING MANAGEMENT
INC., et al.,**

        **Defendants.**

**<u>SHOW CAUSE ORDER</u>**

Recently, the Court granted Plaintiff's unopposed motion to compel and ordered Defendants to respond to several of Plaintiff's discovery requests. (Doc. 64). Those requests asked Defendants to:

- Produce Apex bank statements from 2021 and October, November, and December 2025.

- Produce invoices related to any payments made to CoGo Social Marketing, LLC (aka CoGo Group, LLC), Fortis Group, LLC, Ohana Financial, LLC, 3 Bee Marketing LLC, and Colmar Capital, LLC from 2021 through 2025.

- List all businesses in which Patterson holds an ownership interest which use, or used, 201 North Franklin Street, Tampa, Florida, as their registered principal address.

- Produce all bank statements and tax returns for Fortis Group, LLC and Ohana Financial, LLC from 2021 through 2025.

- Produce all documents and communications related to Apex's $850,000.00 payment to Sharon Pidgeon on December 15, 2022, and if they represent that no documents or communications exist, to identify the search protocol they employed.

- Produce all documents and communications related to Plaintiff's termination, and if they represent that no documents or communications exist, to identify the search protocol they employed.

(*Id.* at 3). The Court set Defendants' compliance deadline to August 5, 2026. (*Id.* at 5).

At the end of last week, Plaintiff reported to the Court that Defendants did not meet their deadline.  And even though they produced some documents a day later, they did not fully respond to the requests.  Plaintiff also provided reasons he believes Defendants may have more responsive documents in their possession, custody, or control than they have produced to date.  In response, Defendants' counsel affirmed Plaintiff's recitation of events and purported that his clients "reported . . . that their searches did not uncover additional documents."

On first blush, Plaintiff's concerns are valid, especially considering Defendants' counsel's apparent affirmation that Defendants did not comply with the Court's production deadline.  Consequently, Defendants are **ORDERED** to **SHOW CAUSE by August 17, 2026**, why the Court should not impose sanctions on them and/or their attorney under Federal Rule of Civil Procedure 37 or the Court's inherent power for failing to obey a discovery order.  Defendants should include in their show cause response a comprehensive account of the search methods employed for **each** category of documents they were ordered to produce.  The account should detail who conducted the searches and how.  Defendants should also specifically address (1) their nonproduction of Apex's 2021 bank statements; (2) their nonproduction of bank statements and tax returns for Fortis Group, LLC and Ohana Financial, LLC; and (3) the other inconsistencies identified in Plaintiff's correspondence.

IT IS SO ORDERED.

Date:   August 10, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE

2