UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL SWISHER, | ) | CASE NO.: 2:25CV434 |
| | ) | |
| Plaintiff, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE KIMBERLY A. JOLSON |
| | ) | |
| APEX MARKETING MANAGEMENT, INC. | ) | |
| *et al*., | ) | |
| | ) | |
| Defendants | ) | |

DEFENDANTS' RESPONSE TO PLAINTIFF'S ACCOUNTING

Plaintiff's time spent drafting the motion to compel should be adjusted. Plaintiff's accounting indicates that 12.8 hours were spent drafting the motion, which breaks down to an hour and a half per page. This is excessive. This does not include research time, reviewing the background, and preparation of the facts and exhibits going into the motion, which were billed separately. While counsel is expected to zealously advocate for their client, the time spent drafting the motion to compel is excessive and should be reduced by half.

The excessive entries for time spent drafting the motion to compel have the least detail of any of the billing entries despite being significantly larger than the others. *See Perry v. Autozone Stores, Inc.,* 624 F.App'x 370, 373 (6th Cir.2015) (Lack of detail in the billing statement does raise questions regarding the reasonableness of the time billed). These two entries account for nearly three quarters of the total fees. Plaintiff's counsel is experienced and professional and should not have needed an hour and half to write each page of the motion. The entries are blocks without detail.  It is not credible that counsel spent seven hours in  a single day doing nothing but drafting, but the lack of detail makes it impossible to know how the time was spent. Therefore,

the court should adjust down to the time spent drafting the motion to compel to 6.4 hours which is reasonable.

This is Defendants' only objection to the statement.

Respectfully submitted,

DINN, HOCHMAN & POTTER, LLC

/s/ *Andrew J. Yarger*
ANDREW J. YARGER (0086919)
6105 Parkland Boulevard, Suite 100
Cleveland, Ohio 44124
Telephone: (440) 446-1100
Facsimile: (440) 446-1240
E-Mail: ayarger@dhplaw.com

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I certify that on August 10, 2026, a true and correct copy of Defendant's Response to Plaintiff's Accounting was served:

Via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

Shawn Organ and James Pfeiffer, on behalf of Plaintiff Michael Swisher at sjorgan@organlegal.com and jpfeiffer@organlegal.com

DINN, HOCHMAN & POTTER, LLC

/s/ *Andrew J. Yarger*
ANDREW J. YARGER (0086919)

2