**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MICHAEL SWISHER,**

**Plaintiff,**

**v.**

**Civil Action 2:25-cv-00434**
**District Judge Edmund A. Sargus**
**Magistrate Judge Kimberly A. Jolson**

**APEX MARKETING MANAGEMENT INC., et al.,**

**Defendants.**

## ORDER

Recently, the Court granted Plaintiff's unopposed motion to compel and ordered Defendants to respond to several of Plaintiff's discovery requests. (Doc. 64). After Defendants' response deadline passed, Plaintiff notified the Court that, in his view, Defendants did not fully comply with the Court's order. Defendants were ordered to show cause why the Court should not impose sanctions on them or their attorney under Federal Rule of Civil Procedure 37 or the Court's inherent power. (Doc. 66).

Defendants and their counsel filed timely responses. (Docs. 69, 70). The Court is satisfied with these responses and will not impose sanctions at this time. Should Plaintiff wish to file further motions about Defendants' compliance, the Court will consider those following briefing. For now, the Court considers the issues Plaintiff raised about Defendants' compliance resolved.

IT IS SO ORDERED.

Date: August 21, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE